# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MULTIVISTA FRANCHISE SYSTEMS, LLC, etc., <br><br>        Plaintiff(s), <br><br>v. <br><br>ANDREW WEISSMAN, et al., <br><br>        Defendant(s). | CASE NO. CV10-09095-AHM (RZx) <br><br> ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 45 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: December 17, 2010

_____
A. Howard Matz
United States District Court Judge

**JS-6**